Robert Stanback
#0386901
601 N. Third St.
Bayboro, NC 28515

1:23CV690

FILED AUG 14 2023

Dear Clerk of Court,

I've filed an MAR to the trial court and my main argument is a conflict of interest. In my argument and since I have the burden to prove evidence, I asked that my trial lawyer take the stand so I can prove my argument. The trial Resident judge denied my MAR without an evidentiary hearing first and saying the MAR had no merit. I would like for you to send me the papers to appeal the trial judge decision and I need to know who I need to send copies of my appeal to. And I'd like to try and file for a change of venue.

Thanks for your time,

Sincerely,
Robert Stanback

P.S. I'd at least try and appeal the trial judge decision please