IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT ANTWAIN STANBACK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:23-CV-690 |
| | ) |
| STATE OF NORTH CAROLINA, | ) |
| | ) |
| Respondent. | ) |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the petitioner. No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this petition is **DISMISSED** for failure to apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current petition as required by 28 U.S.C. § 2244.

A certificate of appealability shall not issue.

This the 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE